# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK BANKS,** | CIVIL ACTION NO. 1:13-CV-1357 |
| Petitioner | (Judge Conner) |
| v. | |
| **ONE OR MORE UNKNOWN NAMED FCC FORREST CITY LOW COMPOUND OFFICERS**, et al., | |
| Respondents | |

## ORDER

AND NOW, this 21st day of May, 2013, upon consideration of the "Complaint: Petition for Writ of Mandamus" (Doc. 1) filed by petitioner Frederick Banks, a federal inmate presently incarcerated at the Federal Correctional Institution at Forrest City, Arkansas, and it appearing that the action could have been brought before theUnited States District Court for the Eastern District of Arkansas, see 28 U.S.C. § 1404 (a) ("For convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."); see also Jumara v. State Farm Ins. Co., 55 F.3d 873, 879 (3d Cir. 1995) (stating factors to consider when deciding whether to transfer case), because it involves actions or inactions on the part of respondents employed at the Federal Correctional Complex at Forrest City, Arkansas, (Doc. 1, at ¶¶ 1-5), which is located within the United States District Court for the Eastern District of Arkansas, see Jumara, 55 F.3d at 879 (stating that where claim arose is a

factor), that the Eastern District of Arkansas likely has a strong interest in deciding this controversy, see id. (stating that local interest in deciding case is a factor), that discovery may involve witnesses and documents located within that district, see id. (stating that location of witnesses and discoverable evidence is a factor), and the Court finding that practical and economic considerations of conducting discovery and trial in a location near the parties and witnesses weigh in favor of a transfer, see id. (stating that public and practical considerations are factors); see also Hillard v. Guidant Corp., 76 F. Supp. 2d 566, 570-71 (M.D. Pa. 1999) (stating that in considering transfer of case, convenience of non-party witnesses residing more than 100 miles from the court weighed heavily), and it would be in the interests of justice and judicial economy to transfer this case because petitioner is not incarcerated in this district, it is hereby ORDERED that;

1. The Clerk of Court is directed to transfer the above-captioned case to the United States District Court for Eastern District of Arkansas. See 28 U.S.C. §1404(a); Jumara, 55 F.3d at 879.

2. Disposition of the motion to proceed in forma pauperis (Doc. 2) is left to the discretion of the transferee court.

3. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge